# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02502-LTB

WEI WAN,

      Petitioner,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,
DISTRICT DIRECTOR, DENVER DISTRICT,
DHS SECRETARY,
ATTORNEY GENERAL,
FEDERAL BUREAU OF INVESTIGATION,

      Respondents.
_____

## ORDER DISMISSING
## THE FEDERAL BUREAU OF INVESTIGATION
_____

THIS MATTER having come before the Court on the Unopposed Motion to Dismiss the Federal Bureau of Investigation (Doc 4 - filed February 12, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Federal Bureau of Investigation,** each party to pay their own fees and costs.

      BY THE COURT

      s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED: February 13, 2008