# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02502-LTB

WEI WAN,

        Petitioner,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICE,
DISTRICT DIRECTOR, DENVER DISTRICT,
DHS SECRETARY,
ATTORNEY GENERAL,
FEDERAL BUREAU OF INVESTIGATION,

        Respondents.

_____

## ORDER RE: MOTION TO DISMISS
_____

        The Court having reviewed the Motion to Dismiss and being otherwise fully

advised in its premises hereby GRANTS the motion.  The case is dismissed pursuant to

Fed. R. Civ. P. 12(b)(1) each side to pay its own costs and attorney fees.

Done this ___12th___ day of ____May____, 2008.

                                 BY THE COURT

                              ___s/Lewis T. Babcock_____
                              District Court Judge